Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00450-CR

## EX PARTE MARCELO PARODI

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 2460
Honorable Wayne A. Christian, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:  September 21, 2011

DISMISSED FOR LACK OF JURISDICTION

The trial court denied appellant's application for writ of habeas corpus on April 25, 2011. Therefore, the notice of appeal was due to be filed on May 25, 2011. TEX. R. APP. P. 26.2(a)(1). Appellant did not file a motion for new trial or a motion for an extension of time in which to file his notice of appeal. Appellant filed his notice of appeal on June 21, 2011. Appellate counsel's certificate of service in the notice of appeal is dated June 20, 2011. On August 24, 2011, we ordered appellant to show cause why his appeal should not be dismissed for lack of jurisdiction. Appellant's counsel filed a response; however, although this court has appellate jurisdiction over criminal habeas matters, *see Dodson v. State*, 988 S.W.2d 833, 835 (Tex. App.—San Antonio 1999, no pet.), it is still necessary to file a timely notice of appeal to invoke our jurisdiction. *See*

TEX. R. APP. P. 25.2(a) and 26.2(a); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (out-of-time appeal from felony conviction may be sought by filing a writ of habeas corpus pursuant to Texas Code of Criminal Procedure article 11.07).  This appeal is therefore dismissed for lack of jurisdiction.

PER CURIAM

Do not publish